4

United States District Court
Southern District of Texas
ENTERED
JUL 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 17 1998
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DALE STOCKTON, d/b/a §
STOCKTON CHARTERS, §
    Plaintiff §
 §
VS. §
 §
 § CIVIL ACTION NO. B-98-105
M/V FISH TALES, Official §
No. 639514, her engines, nets, §
tackle, apparel, and furniture, §
in rem, and RUSSELL STOCKTON, §
in personam, §
    Defendants §

ORDER FOR ARREST AND SEIZURE OF VESSEL
AND APPOINTMENT OF SUBSTITUTE CUSTODIAN

    The Court, having considered the Motion of the Plaintiff for an Order directing the United States District Clerk to issue a Writ Of Seizure pursuant to Rule C of the Supplemental Rules For Certain Admiralty And Maritime Claims of the Federal Rules Of Civil Procedure against The Motor Vessel FISH TALES, is of the opinion that the Motion should be granted, it appearing to the Court that conservation of the value of the vessel will be effected and the expenses of safekeeping said vessel during seizure minimized by appointment of the Substitute Custodian set forth below.

    IT IS, THEREFORE, ORDERED that the United States District Clerk for the Southern District Of Texas, Brownsville Division, issue a Warrant For Arrest Of Vessel against the vessel FISH TALES,

ORDER - PAGE 1

directing the United States Marshal to seize the vessel on behalf of the Plaintiff.

IT IS, FURTHER, ORDERED that a copy of this Order be attached to and served with the said Warrant.

IT IS, FURTHER, ORDERED that DALE STOCKTON, d/b/a STOCKTON CHARTERS, of Port Isabel, Cameron County, Texas, is hereby appointed Substitute Custodian and caretaker of the Defendant vessel FISH TALES, which custodian shall, during the pendency of this suit, maintain the integrity of the said vessel, its engines, tackle, apparel, etc., preserving at all times the continuing jurisdiction of this Honorable Court while the vessel remains under seizure, in rem, by the United States Marshal.

IT IS, FURTHER, ORDERED that the United States Marshal for the Southern District Of Texas shall release the Defendant vessel FISH TALES unto DALE STOCKTON, d/b/a STOCKTON CHARTERS.

IT IS, FURTHER, ORDERED that DALE STOCKTON, d/b/a STOCKTON CHARTERS, is hereby GRANTED AUTHORITY AND LEAVE OF THE COURT to maintain the Defendant vessel at his charter facility in Port Isabel, Cameron County, Texas, and to safely keep the vessel under the jurisdiction of the Court pending further orders of this Court.

IT IS, FURTHER, ORDERED that the vessel FISH TALES can be released from seizure without the necessity of further orders of

ORDER - PAGE 2

this Court, provided the United States Marshal receives written authorization to do so from the attorney who requested the seizure, stating that he has conferred with all attorneys representing parties to the litigation, including attorneys for any Intervenors, and they consent to the request for the release, and it being also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the vessel.

IT IS, FURTHER, ORDERED that the Plaintiff in the above entitled and numbered cause hold harmless the United States Of America and the United States Marshal against any loss, damage, injury or other casualty that might occur to the said vessel FISH TALES while under the care of DALE STOCKTON, d/b/a STOCKTON CHARTERS at his facility in Port Isabel, Texas for the duration of the seizure of such vessel, pursuant to a related Agreement Of Indemnity.

IT IS, FURTHER, ORDERED that all expenses of safekeeping the said vessel while under seizure be allowed as court costs.

DONE this 17th day of July, 1998 at Brownsville, Texas.

_____
JUDGE PRESIDING

ORDER - PAGE 3