lmv

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 2 3 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DALE STOCKTON | * |
| d/b/STOCKTON CHARTERS | * |
| | * |
| VS | *   C.A. NO. B98 105 |
| | * |
| M/V FISH TALES, ET AL | * |

## ORDER SETTING CONFERENCE

A status conference in above-captioned and numbered cause of action is hereby set for **Friday, January 15, 1999, at 10 a.m.**

DONE at Brownsville, Texas, this **23rd** day of **December, 1998.**

John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520
956/548-2570