IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 19 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DALE STOCKTON, d/b/a STOCKTON CHARTERS,<br>Plaintiff | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-98-105 |
| M/V FISH TALES, Official No. 639514, her engines, nets, tackle, apparel, and furniture, in rem, and RUSSELL STOCKTON, in personam,<br>Defendants | § § § § § § § | |

## ORDER OF NON-SUIT

CAME ON TO BE CONSIDERED on this 19th day of January, 1999, the Plaintiff's Motion for Non-Suit. This Court is of the opinion said motion should be granted. It is therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Non-Suit be granted in the above-styled and numbered cause, and that all claims now pending in this cause of action be dismissed without prejudice to Plaintiff to file any same or similar action.

Court costs are hereby adjudged against the Plaintiff.

_____
Judge Presiding